UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARTHUR T. MILLER,

               Plaintiff,

v.

RON BAER, *et al.*,

               Defendants.

Case No. 08-5196RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation [Dkt. #60], and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation in part;

(2) Defendant's Motion for Summary Judgment is GRANTED and this case is DISMISSED WITH PREJUDICE as to all defendants.

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Richard Creatura.

IT IS SO ORDERED this 27th day of August, 2009.

               /s/ Ronald B. Leighton
               RONALD B. LEIGHTON
               UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1