# United States District Court

WESTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| ARTHUR T. MILLER | JUDGMENT IN A CIVIL CASE |
| v. |  |
| RON BAER, et al., | CASE NUMBER: C08-5196RBL |

__     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation in part; and

Defendant's Motion for Summary Judgment is GRANTED and this case is DISMISSED WITH PREJUDICE as to all defendants.

|  |  |
|---|---|
| August 27, 2009 | BRUCE RIFKIN |
| Date | Clerk |
|  |  |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |